# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

USA,

Plaintiff(s),

v.

Desmond White,

Defendant(s).

Case No. 19-cr-201- 14
Judge Sara L. Ellis

## ORDER

It is hereby ordered that an arrest warrant issue as to Desmond White to be lodged as a detainer for violations of supervised release.

Date: 3/10/2023

/s/ Sara L. Ellis